AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Middlebrooks, Donald M. | U.S.D.C. - S.D. FLA (WPB) | 6/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct. Judge-Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 701 Clematis Street, Room 257<br>West Palm Beach, FL 33401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (22.5% Interest) | Lake Lucy Groves (Operations and most of assets sold - See Section VIII) |
| 2. 50% Owner | Billie Moore Farms, LLC, a Georgia Limited Liability Compnay |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Middlebrooks, Donald M.

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 6/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Palm Beach County School Board - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 6/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northern Trust Bank | Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Middlebrooks, Donald M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lake Lucy Groves, Lake Cty, FL | | None | L | W | | | | | |
| 2. Coca Cola Common Stock | D | Dividend | N | T | Buy (add'l) | 04/01/10 | J | | |
| 3. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 4. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 5. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 6. Berkshire Hathaway Common Stock A | | None | P1 | T | | | | | |
| 7. Berkshire Hathaway Common Stock B | | None | M | T | | | | | |
| 8. Exxon Mobil Common Stock A | B | Dividend | L | T | | | | | |
| 9. Intel Corporation Common Stock | | None | | | Sold | 07/29/10 | K | A | |
| 10. Microsoft Corporation Common Stock | A | Dividend | K | T | | | | | |
| 11. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 12. I Shares MSCI Emerging Markets Index Fund | C | Dividend | M | T | | | | | |
| 13. I Shares MSCI EAFE Index Fund | D | Dividend | N | T | Sold (part) | 07/29/10 | J | A | |
| 14. UTS SPDR Trust Series 1 | | None | | | Sold (part) | 07/29/10 | J | A | |
| 15. | | | | | Sold | 11/23/10 | K | A | |
| 16. Vanguard Total Stock Mkt Viper | A | Dividend | K | T | Sold (part) | 07/29/10 | J | A | |
| 17. | | | | | Sold (part) | 11/23/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 6/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. U.S. Treasury Notes | D | Interest | L | T | Buy (add'l) | 04/28/10 | L | | |
| 19. Federal Home Loan Bank | | None | | | Redeemed | 04/29/10 | L | | |
| 20. Barclays Bank CD | C | Int./Div. | L | T | | | | | |
| 21. .2279279% Int. in ▓▓▓▓ in Airport Ind. Pk. Orlando | | None | K | Q | | | | | |
| 22. Holwood, Inc. | | None | K | W | | | | | |
| 23. Level 3 Communication Inc. CV | A | Interest | K | T | | | | | |
| 24. Citibank, N.A. Bank Deposit Program (Cash) | B | Interest | L | T | | | | | |
| 25. US Tsy Inflation Index NTS DTD 1/15/2001 | B | Interest | L | T | Sold (part) | 09/02/10 | M | C | |
| 26. Northern Trust Checking Account | B | Interest | J | T | | | | | |
| 27. Google Common Stock | | None | L | T | Buy (add'l) | 01/07/10 | J | | |
| 28. | | | | | Buy (add'l) | 09/10/10 | J | | |
| 29. Leucadia National | A | Dividend | L | T | Buy (add'l) | 05/19/10 | J | | |
| 30. Billie Moore Farms, LLC | | None | M | R | | | | | |
| 31. Pimco Total Return Fund Class A | B | Int./Div. | L | T | | | | | |
| 32. Pimco All Asset All Authority | D | Int./Div. | M | T | Buy | 09/02/10 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Middlebrooks, Donald M. | | 6/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item Number(From Part VII):

1 As noted previously, virtually all assets of Lake Lucy Groves were sold. The only remaining asset is an interest in, pursuant to the sales contract, two unplatted residential lots which have not yet been transferred to the partnership.

18. Appraisal Date 8/6/94.

19. Previously disclosed shares in          corporation given to              Timberland in Crawfordville, GA sole asset of corporation.

27. Billie Moore Farms, LLC is          corporation. I own 50% and          owns 50%. Its sole asset is land in Crawfordville, Georgia. It was purchased on July 18, 2008 for $290,000 from Larry Stewart.

Note: I have deleted stocks and bonds owned by          that were previously listed on this report in Section VII.          now          eside outside our home.

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 6/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald M. Middlebrooks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544